UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**RONALD D. SWANEY,**  CASE NO. 3:11-cv-00313

    Plaintiff,  Judge Walter Rice
  Magistrate Judge Sharon L. Ovington

v.

**EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,**

    Defendants.

## JUDGMENT

The Court, having received a Notice of Filing and Request for Entry of Judgment by Plaintiff, Ronald D. Swaney, against Defendant, GE Capital Retail Bank fka GE Money Bank, with respect to the acceptance of an Offer of Judgment from said defendant, bearing certificate of service date of March 12, 2012, does hereby ORDER that judgment be entered against Defendant, GE Capital Retail Bank fka GE Money Bank in the amount of $5,000.00, pursuant to Rule 68, Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED at Dayton, Montgomery County, Ohio this day of March 2012.

*[signature]*

Judge Walter Rice
Magistrate Judge Sharon Ovington