UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**RONALD SWANEY,**          CASE NO. 3:11-cv-00313

    Plaintiff,          Judge Walter Rice
                                          Magistrate Judge Sharon L. Ovington

v.

**EXPERIAN INFORMATION SOLUTIONS, INC., et al.,**

    Defendants.

---

## ENTRY AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

---

Plaintiff Ronald Swaney, and Defendant, Experian Information Solutions, Inc., through their respective counsel, having filed their Stipulated Motion for Dismissal with Prejudice, and the Court having been duly advised hereby finds for good cause shown that the same should be granted.

It is therefore ORDERED that all claims of Plaintiff Ronald Swaney against Experian Information Solutions, Inc. are dismissed with prejudice. Each party shall each bear their own costs and attorneys' fees.

Date: 4·27·12                                    _[signature]_
                                                                                 Judge Walter Rice
                                                                                 Magistrate Judge Sharon L. Ovington